IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ELIZABETH MOLENGRAAF,

      Plaintiff,

   v.

VESTAS-AMERICAN WIND TECHNOLOGY
INC., AND BHI ENERGY I POWER SERVICES,
LLC,

      Defendants.

Case No.: 3:22-cv-01825-AN

JUDGMENT

Based on the Court's ORDER,

It is adjudged that the parties' Amended Joint Motion for Approval of Settlement Agreement and for Dismissal with Prejudice, ECF [56], is GRANTED.  This action is DISMISSED with prejudice.

IT IS SO ORDERED

DATED this 13th day of February, 2024.

_____
Adrienne Nelson
United States District Judge

1